ATTORNEY GRIEVANCE COMMISSION     \*    **IN THE**
OF MARYLAND

                                  \*    **COURT OF APPEALS**

**v.**                                  \*    **OF MARYLAND**

                                  \*    **Misc. Docket AG No. 58**

**STUART JAY ROBINSON**               \*    **September Term, 2021**

**O R D E R**

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Stuart Jay Robinson, to transfer the Respondent to disability inactive status, it is this 1st day of February, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Stuart Jay Robinson, is hereby transferred to disability inactive status pending further order of this Court, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Stuart Jay Robinson from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge